FILED
CHARLOTTE, NC

MAR 20 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Tiera Johnson-Robinson<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Case No. 3:25-cv-202-MOC<br>) |
| Hunter Warfield, Inc. | )<br>) |
| Defendant, | ) **JURY TRIAL DEMANDED**<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Tiera Johnson Robinson, an individual consumer, against Defendant, Hunter Warfield Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue in this District is proper as the Defendant conducts business in North Carolina and the Plaintiff resides in Charlotte, NC.

## III. PARTIES

4. Tiera Johnson Robinson ("Plaintiff") is a natural person residing at 3021 Taylor Farms Pl, Apt 8212, Charlotte, NC 28262.

5. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

6. Hunter Warfield Inc. is a Florida corporation whose registered agent is located at 4620 Woodland Corporate Blvd, Tampa, FL 33614.

7. Defendant is engaged in the collection of debt from consumers using mail, email, and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

8. Defendant Hunter Warfield Inc. is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

## IV. FACTS OF THE COMPLAINT

9. Starting in 2023 Plaintiff began receiving emails from the Defendant attempting to collect a debt allegedly owed.

10. Plaintiff responded to the email on February 4, 2025, refusing to pay the debt pursuant to 15 U.S.C 1692c(c).

10. Despite this refusal, Plaintiff continued to received repetitive calls and emails from Defendant, with the most recent communication occurring on March 15, 2025.

11. These repeated communications constitute a violation of 15 U.S.C. § 1692c(c), which prohibits a debt collector from continuing communication after receiving written notice of refusal to pay.

12. Plaintiff has suffered actual damages as a result of these illegal collection communications, including anxiety, frustration, emotional distress, and difficulty focusing on daily tasks.

## V. FIRST CLAIM FOR RELIEF

### *Violation of 15 U.S.C. § 1692c(c) – Continued Communication After Refusal*

13. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

14. The Debt Collector violated the FDCPA.

15. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice of refusal to pay.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

16. WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

    A. Actual damages pursuant to 15 U.S.C. ¬ß 1692k(a)(1);

    B. Statutory damages pursuant to 15 U.S.C. ¬ß 1692k(a)(2)(A);

    C. Such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Tiera Johnson-Robinson

3021 Taylor Farms Pl, 8212,

Charlotte NC 28262

tierajohnson189@yahoo.com

*L. Johnson*